(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

**CIV-KING**

GLASTON A. S. HASSEL, L.L.P.

~~MAGISTRATE JUDGE~~
~~WHITE~~

_____

_____

_____

_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

DADE COUNTY DEPT. OF CORRECTIONS, ET. AL,

&

UNIVERSITY OF MIAMI - JACKSON MEMORIAL HOSPITAL, ET. AL.

(Enter above the full name of the defendant or defendants in this action.)

cat / div _____
Case # _____
Judge _____
Motn Ifp _____
Receipt # _____    Fee pd $ _____

PROVIDED
OKEECHOBEE CORRECTION
INSTITUTION
ON 4-1-00
FOR MAILING

2005 APR -5

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.      Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                                                                       Yes   (   )        No   ☒

    B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

        2.   Court (if federal court, name the district; if state court, name the county): _____

            _____

        3.   Case Number: _____

        4.   Name of Judge to whom case was assigned: _____

            _____

        5.   Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

            _____

        6.   Approximate date of filing lawsuit: _____

        7.   Approximate date of disposition: _____

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.     Place of present confinement: *OKEECHOBEE CORRECTIONAL FACILITY INSTITUTION 3420 NE. 168TH ST. C2108L OKEECHOBEE, FL, 34972*

A.    Is there a prisoner grievance procedure in this institution?

Yes ☒        No ( )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

*NOT APPLICABLE (DID NOT HAPPEN HERE)* Yes ( )        No ☒

C.    If your answer is YES:

1.  What steps did you take? _____

_____

2.  What was the result? _____

_____

D.    If your answer is NO, explain why not: *NOT APPLICABLE - INCIDENT DID NOT HAPPEN AT OKEECHOBEE C.I.*

III.    Parties

(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff: *GLASTON A.S. HASSEL, L.L.P. M43796*

Address: *OKEECHOBEE CORRECTIONAL INSTITUTION 3420 NE 168TH ST. C2108L, OKEECHOBEE, FL. 34972*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names, positions, and places of employment of any additional defendants.

B.    Defendant "*John Doe*" *in his INDIVIDUAL AND OFFICIAL CAPACITIES*

is employed as *COMMISSIONER OF DEPARTMENT OF CORRECTIONS*

at *DADE COUNTY STOCKADE DETENTION CENTER 6950 N.W. 41ST ST., MIAMI, FL. 33166-6815*
*2. "John Doe" in his INDIVIDUAL AND OFFICIAL CAPACITIES AS ADMINISTRATOR OF THE STOCKADE DETENTION CTR.*

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C.   Additional Defendants: 3. MR. DENNIS & "JOHN DOES" AS OFFICERS (SECURITY) AT THE STOCKADE IN THEIR INDIVIDUAL CAPACITIES 4. JACKSON MEMORIAL HOSPITAL, UNIVERSITY OF MIAMI, 1150 NW 14TH ST. MIAMI, FL. 33101 5. "JOHN DOES" IN THEIR INDIVIDUAL CAPACITIES AS WARD "D" PHYSICIAN (ON CALL) ORTHOPEDIST, RADIOLOGIST, CASTING ROOM TECHNICIAN AT JACKSON HOSPITAL 6. "JANE DOE" IN HER INDIVIDUAL CAPACITY AS PHYSICAL THERAPIST AT JACKSON HOSPITAL.

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

I. A. Dade County Dept. of Corrections (DCDOC), Et. Al. failed to protect the Plaintiff (P) after knowing that attackers had threatened P and instead of intervening, allowed the group of detainees (d) to run cell block: B7 and subsequently assault and batter the P at the Stockade. B. After the assault Stockade Officials failed to provide the P medical care by delaying getting the P needed emergency treatment for his broken hand and finger for 3 days causing undue suffering. II. Jackson Memorial Hospital (JMH) Et. Al. failed to provide medical care that was adequate by willfully disregarding the need to refracture and then precisely set the P's hand and finger, and instead casted the P's hand and finger in the crooked way it had begun to mend, causing it to ultimately mend in a deformed and permanently painful manner with significant loss of dexterity. ✗✗ See attached detailed Statement of Claims ✗✗

# Detailed Statement of Claims

**I. Dade County Dept. of Corrections, Et. Al., Defendants**

**A. Failure To Protect Claim:**

*1. Substantial risk of serious harm:* By information and belief detainee-on-detainee (d) violence was common and uncontrolled to the extent that it was even allowed and sometimes encouraged by the officials. The Stockade was also known as the "Gladiator School" and had gained this notoriety by its reputation for permitting in-fighting amongst the d's for control of the individual cell blocks (See Affidavit of Robertson).

*2. Officials Knowledge of Risk:* Many times during the 3 weeks prior to the attack, the P had both verbally and in writing advised Off. Dennis and other officers about threats of harm made to him by the group of d's who controlled Cell Block B-7. He had asked Off. Dennis and several other officials to move him because of these constant threats of violence.

*3. Officials Failure to respond Reasonably:* Although they were warned and knew of the threats made to the P, the officials did nothing to prevent or protect him from the impending attack and harm.

*4. Causation and injury:* Because of these officer's deliberate indifference to the evident danger of serious harm that the P faced on 04-04-03, he was assaulted and attacked by the same group of d's,

**I.A.4. Causation and injury: (Cont'd.):** who had threatened him. In the altercation that followed his property being taken and stolen from him, the P's hand was broken. After the fact, the P was moved to Cell Block B-7.

## GENERAL AFFIDAVIT

IN REFERENCE TO THE COMPLAINT OF MR. GLASTON HASSEL

I, __Gilles J. Berthon B01556__, do hereby swear and declare under the penalty of perjury that the following statement is true and correct and made of my own free will, and based on my personal knowledge:

I STAYED AT THE DADE COUNTY JAIL KNOWN AS "STOCKADE", 6950 NW 41 ST STREET, MIAMI, FL 33166-6815 FROM NOVEMBER 13, 2001 TO NOVEMBER 28, 2003 AT THE CELL # B7. MY PRISONER # WAS 0100 94 185. I WAS THERE ALL THE TIME MR. GLASTON HASSEL WAS THERE TOO. A GROUP OF PRISONERS INDEED RAN THE CELL, A FACT THAT WAS KNOWN OF AND ACCEPTED BY THE OFFICERS.

VIOLENCE IN CELL B7 AND OTHERS WAS VERY COMMON AND UNCONTROLLED. AS A MATTER OF FACT, THE SET UP OF THE CELLS WAS A FACTOR FACILITATING VIOLENCE & FIGHTS AS THERE WERE 34 INMATES IN ONE CELL DESIGNED FOR MANY LESS, WITH NO GUARDS INSIDE OR EVEN CLOSE ENOUGH OUTSIDE TO HEAR SCREAMING OR SEE FIGHTS OCCUR. I MYSELF SAW IN SEVERAL OPPORTU- NITIES INMATES HAVING ASTHMA ATTACKS UNABLE TO ALERT OFFICERS ABOUT THEIR URGENT NEED FOR ASTHMA MEDICINE (IT WAS NOT LEFT TO THE DETAINEES BUT BROUGHT TO THEM BY THE GUARDS IF AND WHEN THE GUARDS COULD REACH THE CELLS...).

IN ORDER TO CALL A GUARD IN CASE OF EMERGENCY (VIOLENCE OR MEDICAL) ONE INMATE HAD TO TAKE THE SHORT BROOM (2' LONG), PASS IT THROUGH THE MAIN BARS AND, EXTENDING THE ARM, USE THIS WOOD STICK TO BEAT THE DOOR, HOPING ONE OFFICER WOULD BE IN THE AREA AND EVENTUALLY SHOW-UP. AN INMATE ATTACKED OR SICK COULD NOT DO THIS, COULD NOT ALERT ANYONE AND BEG FOR HELP. ANOTHER PRI- SONER HAD TO DO IT FOR HIM.

I WAS PERSONALLY ATTACKED AND BEATEN TWICE AT STOCKADE'S B7 IN 2 YEARS. THE GUARDS WERE NEVER CALLED BY ANYONE WHILE THE AGGRESSIONS WERE GOING ON. THE FIRST TIME I WAS BLEEDING BUT NOT EVEN TAKEN TO THE NURSES. THE SECOND TIME I WAS STRANGULATED AND LEFT UNCONSCIOUS ON THE FLOOR.

I HAVE SEEN MANY FIGHTS IN 2 YEARS AT B7, OFTEN BLOODY FIGHTS. I HAVE HEARD THE SOUND OF MANY FIGHTS COMING FROM THE CELL DIRECTLY ABOVE B7. NEVER WAS ONE INTERRUPTED OR PREVENTED BY AN OFFICER. NEVER DID AN OFFICER SHOW UP BEFORE THE GROUP OF INMATES LEADING THE CELL DECIDED TO CALL THEM - MOST OF THE TIME NO MEDICAL EXAM OF ANY KIND WAS DONE TO THE INMATES INVOLVED.

I have read the foregoing, and swear and declare under the penalty of perjury that it is true pursuant to Florida Statute §92.525 (2) in lieu of a notary this __24TH__ day of __MARCH 2005__,

_Gilles J. B.t_
Affiant

Gilles Berthon B01556
OKEECHOBEE CORRECTIONAL INSTITUTION
3420 NE 168TH STREET - FL01L
OKEECHOBEE, FL 34972

## B. Failure to Provide Medical Care Claim (Delay):

1. Serious medical need: P's hand was broke on 4-4-03

2. Official's knowledge of need: Day and night for the next 3 days following the attack, the P complained to the jail about the extreme pain and swelling in his right hand and informed them often he was in need of immediate emergency medical attention.

3. Official's failure to provide treatment; delayed getting P medical attention: By deliberate indifference to his complaints and requests, the officials ignored their responsibility to act and violated the P's rights by delaying getting him medical attention. Although they knew that his hand had swelled to 4 times its normal size and that he could not use it, they chose to do nothing for 3 days to help him.

4. Causation and injury: On the 4th day after the act the P was taken to Jackson Memorial Hospital (JMH) where x-rays showed that his hand was broken in 2 places (palm and little finger). The broken bones had already started to mend crookedly, but the doctors casted his hand and arm without resetting the bones. The next

I. B.4. Causation and injury (Cont'd.): day he was transferred to another facility (Theodore Gifford Knight Detention Center (TGK)). As of this writing, the P's hand and finger have healed permanently deformed and painful because of the delay of medical attention.

II. Jackson Memorial Hospital, Et. Al., Defendants:

A. Failure to Provide Medical Care Claim (Inadequate):

1. Serious medical need: The bones, broken in the the P's hand on 04-04-03, had already started to mend crooked by the time he was brought to the hospital on 04-07-03: they needed resetting.

2. Officials' Knowledge of need: JMH was made aware by the Stockade's Medical staff that the P had possible fractures, dislocations, etc., to his right hand because it had continued to swell and be painful to the P. They had heard the P's complaints about how the little finger was just hanging uncontrolably crooked away from the rest of his hand and that he could not close nor use the hand. From the x-rays, their examinations and observations, and mobility tests, they knew that the bones needed to be surgically refractured and then re-set precisely back in place.

-8-

II. B3. Officials failure to provide treatment; The medical treatment the P received was inadequate: The doctors willfully disregarded the P's need for corrective surgery and sent him to the casting room instead. The casting room staff ignored the P's complaints concerning the crookedness of his hand and finger and, with deliberate indifference to the need to reset the crooked bones, they plaster-casted his hand and arm in the deformed way it was healing. Approximately 2-3 months later, in response to the P's continuous complaints to the TGK Corrections Health Service, the rehabilitation therapist at JMH re-examined the hand and finger, but, even though she remarked on the deformed way it had mended, she refused to do anything to correct it or to make a referral to have it done. She flatly refused to recommend the P requested surgical correction of the fractured bones, and, instead applied a temporary splint to his finger.

4. Causation and injury: Because of these officials' deliberate indifference to the P's need to have the fractures to his hand and finger reset, the P is still experiencing constant joint pain, stiffness, and cramping in his hand and fingers. He is right-handed. This injury and the subsequent inadequate medical treatment have left him impaired from attempting to perform any kind of activity requiring him to push, pull, lift, grasp, or write anything, and from participating in sports requiring the use of his now deformed and painful right hand. (See attached Exhibits A1-A3).

** P alleges that all the named defendants were acting under the color of state law.

-9-

## PUBLIC HEALTH TRUST
### CORRECTIONS HEALTH SERVICES
# INMATE REQUEST FOR HEALTH SERVICES

NAME _____  DATE 4 06 03

JAIL # _____  CELL # _____

RACE _____ SEX _____ DATE OF BIRTH _____

SOC. SEC. # _____ MOTHER'S NAME _____

### EXPLAIN YOUR PROBLEM OR COMPLAINT

_____ KNUCKLES

_____ S.P.F

S _____ N _____ PAI __

_____ = LS   TO HAVE

THEM CHECKED FOR BROKEN BONES

REQUEST RECEIVED BY: PRINT NAME_____

DATE _____ TIME_____ AM  PM

**FOR CHS USE ONLY**

ASSESSMENT/
DISPOSITION DATE_____ TIME_____ AM  PM

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ MEDICATION ADMINISTRATION    ☐ Maalox 15 cc   ☐ MOM 30 cc
☐ OTHER OTC _____     ☐ Tylenol        ☐ CCR

NAME _____  TITLE _____

SIGN _____

☐ REFERRAL TO _____

DATE AND TIME OF SERVICE: DATE _____ TIME_____ AM  PM

| FEE FOR SERVICE CHARGE | |
|---|---|
| ☐ MD $5.00 | ☐ DENTIST $5.00 |
| ☐ ARNP $3.00 | ☐ DENTAL ASSISTANT $3.00 |
| ☐ NURSE $3.00 | |

☐ CLINIC FOLLOW-UP VISIT: DATE _____

NAME_____

TITLE_____

SIGN _____

**INMATE**

NAME _____

SIGN _____

WHITE - MEDICAL RECORD          CANARY - C&R
PINK - INMATE

---

## CORRECTIONS
### HEALTH SERVICES
### Jackson Health System
# INMATE REQUEST FOR HEALTH SERVICES

NAME _____  DATE _____

JAIL # _____   CELL # _____

RACE _____ SEX _____ DATE OF BIRTH _____

SOC. SEC. # _____ MOTHER'S NAME _____

### EXPLAIN YOUR PROBLEM OR COMPLAINT

_____

_____

_____

_____

_____

_____

_____

REQUEST RECEIVED BY: PRINT NAME_____

DATE _____ TIME_____ AM  PM

**FOR CHS USE ONLY**

ASSESSMENT/
DISPOSITION DATE_____ TIME_____ AM  PM

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ MEDICATION ADMINISTRATION    ☐ Maalox 15 cc   ☐ MOM 30 cc
☐ OTHER OTC _____     ☐ Tylenol        ☐ CCR

NAME _____  TITLE _____

SIGN _____

☐ REFERRAL TO _____

DATE AND TIME OF SERVICE: DATE _____ TIME_____ AM  PM

| FEE FOR SERVICE CHARGE | |
|---|---|
| ☐ MD $5.00 | ☐ DENTIST $5.00 |
| ☐ ARNP $3.00 | ☐ DENTAL ASSISTANT $3.00 |
| ☐ NURSE $3.00 | |

☐ CLINIC FOLLOW-UP VISIT: DATE _____

NAME_____

TITLE_____

SIGN _____

**INMATE**

NAME _____

SIGN _____

WHITE - MEDICAL RECORD          CANARY - C&R
PINK - INMATE          BLUE - INMATE RECEIPT FOR SERVICES

EXHIBIT A2

## PUBLIC HEALTH TRUST
### CORRECTIONS HEALTH SERVICES
# INMATE REQUEST FOR HEALTH SERVICES

NAME GLASTON HASSEL   DATE 05-01-0

JAIL # 02-94914   CELL # K-1305

RACE ___   SEX M   DATE OF BIRTH 12-07-48

SOC. SEC. # 3-640-__   MOTHER'S NAME GLA. YS

### EXPLAIN YOUR PROBLEM OR COMPLAINT

I still have pain in __ __
stiffness in my __ __
shoulders, __ __ __ __
and lower back. Trying to __
the walker is causing me __
pain __ __ __ __
suffer __ __ __ __

REQUEST RECEIVED BY: PRINT NAME _____

DATE 5/1 _____ TIME _____ AM PM

### FOR CHS USE ONLY

ASSESSMENT/
DISPOSITION DATE _____ TIME _____ AM PM

_____

_____

_____

_____

_____

_____

_____

☐ MEDICATION ADMINISTRATION   ☐ Maalox 15 cc   ☐ MOM 30 cc
☐ OTHER OTC _____   ☐ Tylenol   ☐ CCR

NAME _____ TITLE _____

SIGN _____

☐ REFERRAL TO _____

DATE AND TIME OF SERVICE: DATE _____ TIME _____ AM PM

| FEE FOR SERVICE CHARGE | |
|---|---|
| ☐ MD $5.00 | ☐ DENTIST $5.00 |
| ☐ ARNP $3.00 | ☐ DENTAL ASSISTANT $3.00 |
| ☐ NURSE $3.00 | |

☐ CLINIC FOLLOW-UP VISIT: DATE _____

NAME _____
TITLE _____
SIGN _____

**INMATE**

NAME GLASTON HASSEL
SIGN _____

WHITE - MEDICAL RECORD     CANARY - C&R

---

## PUBLIC HEALTH TRUST
### CORRECTIONS HEALTH SERVICES
# INMATE REQUEST FOR HEALTH SERVICES

NAME _____   DATE _____

JAIL # _____   CELL # K-___

RACE B   SEX ___   DATE OF BIRTH _____

SOC. SEC. # _____   MOTHER'S NAME _____

### EXPLAIN YOUR PROBLEM OR COMPLAINT

I HAVE __ __ __ PAIN __
BOTH HANDS, MY RT. FOOT, ANKLE
AND MY NECK, LOWER BACK, BUT.
I AM OVERDUE TO SEE AN ARTHRITIS
A NEUROLOGIST, AND TO GET TO
BY A PHYSICAL THERAPIST. I __
AM GOING TO HEAL PROPERLY
BY TAKING MOTRIN AND BED REST.

REQUEST RECEIVED BY: PRINT NAME _____

DATE 5/13/13 _____ TIME 1:00 AM PM

### FOR CHS USE ONLY

ASSESSMENT/
DISPOSITION DATE 5/13/00 TIME 1:3 AM PM

_____

_____

_____

_____

_____

☐ MEDICATION ADMINISTRATION   ☐ Maalox 15 cc   ☐ MOM 30 c
☐ OTHER OTC _____   ☐ Tylenol   ☐ CCR

NAME _____ TITLE _____

SIGN _____

☐ REFERRAL TO _____

DATE AND TIME OF SERVICE: DATE _____ TIME _____ AM PM

| FEE FOR SERVICE CHARGE | |
|---|---|
| ☐ MD $5.00 | ☐ DENTIST $5.00 |
| ☐ ARNP $3.00 | ☐ DENTAL ASSISTANT $3.00 |
| ☐ NURSE $3.00 | |

☐ CLINIC FOLLOW-UP VISIT: DATE _____

NAME _____
TITLE _____
SIGN _____

**INMATE**

NAME _____
SIGN _____

WHITE - MEDICAL RECORD     CANARY - C&R

**PUBLIC HEALTH TRUST**
**CORRECTIONS HEALTH SERVICES**
# INMATE REQUEST FOR HEALTH SERVICES

NAME _____ DATE _____

JAIL # _____ CELL # _KY_____

RACE ___ SEX ___ DATE OF BIRTH _____

SOC. SEC. # _____ MOTHER'S NAME _____

## EXPLAIN YOUR PROBLEM OR COMPLAINT

_I still have numbness, etc._
_cramps from my injuries to_
_my head neck back left al._
_hands, and flings. I still N_
_to see an cardiologist a_
_Neurologist & a physical therapy_
_please reorder the VIOXX until my_
_appointments come up._

REQUEST RECEIVED BY: PRINT NAME _____

DATE _____ TIME _____ AM  PM

**FOR CHS USE ONLY**

ASSESSMENT/
DISPOSITION DATE _____ TIME _____ AM  PM

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ MEDICATION ADMINISTRATION    ☐ Maalox 15 cc    ☐ MOM 30 cc
☐ OTHER OTC _____    ☐ Tylenol    ☐ CCR

NAME _____ TITLE _____

SIGN _____

☐ REFERRAL TO _____

DATE AND TIME OF SERVICE: DATE _____ TIME _____ AM  PM

| FEE FOR SERVICE CHARGE | |
|---|---|
| ☐ MD $5.00 | ☐ DENTIST $5.00 |
| ☐ ARNP $3.00 | ☐ DENTAL ASSISTANT $3.00 |
| ☐ NURSE $3.00 | |

☐ CLINIC FOLLOW-UP VISIT: DATE _____

NAME _____

TITLE _____

SIGN _____

**INMATE**

| NAME _____ |
|---|
| SIGN _____ |

WHITE - MEDICAL RECORD          CANARY - C&R

## Causes of Action

** P supports the following claims by reference to previous paragraphs. **

I. Defendants: Dade County Dept. of Corrections (DCDOC), Officer Dennis, Et. Al. at Stockade, Unit B-7.

A. Failure to Protect Claim: Attackers Threatened Plaintiff & Detainees Ran Stockade Cell Block B-7; DCDOC, Off. Dennis, and other guards violated the Plaintiff's (P) 14th Amendment right to due process by failing to protect him from harm, after having been advised of serious threats made by a group of detainees to the P & by allowing the gang to run Cell Blocks B-7.

B. Failure to Provide Medical Care Claim: Officials Delay Getting Plaintiff Needed Treatment; DCDOC & Other Officials violated P's 14th Amendment right to due process by delaying getting him urgently needed medical attention which resulted in life-long permanent disfigurement and pain.

II. Defendants: Jackson Memorial Hospital (JMH), the Radiologist, the Orthopedist Doctor, the Casting-Room Staff, & the Rehabilitation Therapist.

A. Failure To Provide Medical Care Claim; Medical Treatment that the P Received Was Inadequate: The radiologist, the orthopedist doctor, the casting-room staff, and the rehabilitation therapist violated the P's 14th Amendment right to due process when they willfully disregarded the (visually obvious on the x-rays) crooked mending of the broken bones in the P's right hand and casted it and, then later, splinted it, thereby, acting deliberately indifferent to the need to surgically refracture and reset the bones for his hand, to heal proper and functional.

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.   Relief

State briefly exactly what you want the court to do so for you.  Make no legal arguments.  Cite no cases or statutes.

*Prayer For Relief*

Wherefore, Plaintiff respectfully prays that this Court will;

1. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States

2. Enter a judgement in favor of the Plaintiff for $200,000. in compensatory, nominal, and punitive damages, as allowed by law, against each defendant, jointly and severally.

3. Order such additional relief as this Court may deem just and proper.

4. If necessary a jury trial based on the above facts.

Signed this ___30th___ day of ___March___, 20_05_.

_____
GLASTON A.S. HASSEL, L.L.P. N43796
OKEECHOBEE CORRECTIONAL INSTITUTION
3420 N.E. 168th ST C2108L
OKEECHOBEE, FL. 34972
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on 30th of March 2005

_____
(Signature of plaintiff)